JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

ANDREA LANCINI,
Petitioner,
v.
FERETI SEMAIA, et al,
Respondents.

No. 5:26-cv-04063-BFM

**JUDGMENT**

On July 29, 2026, the Court issued an order granting the petition and ordered Petitioner Andrea Lancini (A# 246-058-942) to be immediately released on appropriate conditions of supervision. (ECF 9 at 4.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 11.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Count One. The Clerk of Court is directed to close this case.

DATED: August 3, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE